UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY EUGENE SCALLY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ARSAUNT, et al.,<br><br>　　　　Defendants | **Case No. 1:16-cv-01237-MJS (PC)**<br><br>**ORDER STRIKING COMPLAINT AND REQUIRING PLAINTIFF TO FILE SIGNED COMPLAINT WITHIN THIRTY DAYS**<br><br>**ORDER REQUIRING PLAINTIFF TO EITHER FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN THIRTY DAYS**<br><br>**(ECF No. 1)**<br><br>**CLERK TO STRIKE COMPLAINT**<br><br>**THIRTY DAY DEADLINE** |

On August 23, 2016, Plaintiff, a prisoner proceeding pro se, filed a civil rights complaint with the Court. (ECF No. 1.) The complaint is unsigned. (Id.) The Court cannot consider unsigned filings and therefore, the complaint shall be stricken from the record. Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented.") **Plaintiff will be given thirty days to file a signed complaint**.

Furthermore, Plaintiff has neither paid the $400.00 filing fee nor filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The complaint (ECF No. 1) is stricken from the record for lack of signature;
2. The Clerk's Office shall send Plaintiff a blank complaint form and an application to proceed in forma pauperis;
3. Within **thirty (30) days** from the date of service of this order, Plaintiff must file a signed complaint.
4. Within **thirty (30) days** from the date of service of this order, Plaintiff must either file a motion seeking leave to proceed *in forma pauperis* or pay the $400.00 filing fee for this action; and
5. Within **sixty (60) days** of the date of service of this order, Plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint
6. **The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   August 25, 2016                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE