1
2
3
4
5
<u>6</u>
7
8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11    TONY EUGENE SCALLY,                    **CASE No. 1:16-cv-01237-MJS**

12                 Plaintiff,                **ORDER DIRECTING PLAINTIFF TO
                                             PROVIDE FURTHER INFORMATION**
13          v.                               **ABOUT DEFENDANT "BERRY"**

14    N. ARSUANT,                            **THIRTY DAY DEADLINE**

15                 Defendant.

16

17

18          Plaintiff is a prisoner proceeding pro se and in forma pauperis in this civil rights

19    action brought pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's First

20    Amendment religious exercise and Fourteenth Amendment Equal Protection claims

21    against Defendants Sergeants Arsaunt and Berry of California State Prison ("CSP") in

22    Corcoran, California.  As the first attempt at service on Defendant Berry was returned

23    unexecuted (ECF No. 18), the Court directed the United States Marshal ("USM") to

24    contact the Litigation Coordinator at CSP to request his or her assistance in locating

25    Defendant Berry. (ECF No. 19.) On May 15, 2017, the summons was again returned

26    unexecuted; in the remarks section of the USM-285, the Marshal wrote "Per the

27    Litigation Coordinator, CSP Corcoran has never employed a Sgt. Berry. This was

confirmed by personnel. They also checked all logs Nov. 2015. They will not accept service." (ECF No. 20.)

The Court and the United States Marshal ("USM") have a statutory duty to serve process on Plaintiff's behalf. However, they cannot do so unless they are able to locate the Defendant. Accordingly, Plaintiff is DIRECTED to, within **thirty (30) days** of this order, provide any and all additional information available to him regarding the identity of "Sergeant Berry" to assist the Court and USM in locating this Defendant. This includes, but is not limited to, any other names this Defendant was known by, any other positions he may have held, or a detailed description of this Defendant's physical appearance. If Plaintiff has in his possession copies of grievances or any other paperwork that may assist the Court in identifying this Defendant, he is encouraged to submit them.

IT IS SO ORDERED.

Dated:   May 16, 2017         /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE