UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TONY EUGENE SCALLY, | Case No. 1:16-cv-01237-AWI-MJS |
|---|---|
| Plaintiff, | **ORDER DISMISSING DEFENDANT "BERRY" FROM ACTION** |
| v. | |
| N. ARSUANT, | **CLERK TO TERMINATE DEFENDANT BERRY** |
| Defendant. | |

Plaintiff is a prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's First Amendment religious exercise and Fourteenth Amendment Equal Protection claims against Defendants Sergeants Arsaunt and Berry of California State Prison ("CSP") in Corcoran, California.

After the United States Marshal made several unsuccessful attempts to serve Defendant Berry (see ECF Nos. 18 & 20), on June 27, 2017, the Magistrate Judge assigned to the case directed Plaintiff to show cause within fourteen days why Defendant Berry should not be dismissed based on inability to effect service on him. (ECF No. 26.) To date, Plaintiff has failed to respond.

Accordingly, IT IS HEREBY ORDERED that Defendant Berry is DISMISSED from the action, without prejudice, and the Clerk is DIRECTED to terminate Defendant Berry from the action.

IT IS SO ORDERED.

Dated: August 2, 2017  _____
                        SENIOR DISTRICT JUDGE