UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY EUGENE SCALLY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>N. ARSENAULT, et. al.,<br><br>　　　　Defendants. | **Case No. 1:16-cv-01237-AWI-MJS**<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OFTIME TO RESPOND TO DISCOVERY**<br><br>**(ECF No. 47)**<br><br>**ORDER FURTHER MODIFYING DISCOVERY AND SCHEDULING ORDER**<br><br>**(ECF No. 40)** |

Plaintiff is a prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On March 22, 2018, the District Judge adopted the undersigned's findings and recommendations and ordered that Plaintiff's Fourth Amended Complaint be made the operative complaint and that Plaintiff be granted thirty days to identify the Doe Defendants so that they may be served. (ECF No. 48.) According to the Court's January 12, 2018 order, discovery is to be closed 60 days from March 22, 2018 and dispositive motions must be filed within 70 days of March 22, 2018. (ECF No. 40.)

On March 19, 2018, Defendant Arsenault filed a motion for extension of time until April 20, 2018) to respond to Plaintiff's discovery requests on the ground that the case

only recently had been transferred to counsel for the Defense him and he did not see Plaintiff's February 1, 2018-served discovery request until March 15, 2018. (ECF No. 47.) Counsel has no objection to extending Plaintiff's 30-day deadline to identify the Doe Defendants in light of this delayed response to the discovery directed at determining their identity. . (Id.)

The Court finds good cause for this requested extension of time in light of the intra-office transfer, unintentional nature of the delay, and the lack of prejudice to Plaintiff. Defendant Arsenault shall have until April 20, 2018 to respond to Plaintiff's discovery requests.

In light of this extension, the Court will provide Plaintiff until May 4, 2018, to identify the Doe Defendants and submit service documents for them to the Court.

Because the Doe Defendants must still be identified and served (if possible) and respond to the Fourth Amended Complaint, the Court hereby terminates the deadlines established in the January 12, 2018 order (ECF No. 40). If Doe Defendants are identified and served, the Court will issue a new discovery and scheduling order once they respond to the Fourth Amended Complaint. If the Doe Defendants cannot be identified and/or served, then the Court will dismiss them from the action, order Defendant Arsenault to respond to the Fourth Amended Complaint, and issue a new discovery and scheduling order once Defendant Arsenault files a response.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Arsenault's motion for extension of time (ECF No. 47) to respond to Plaintiff's discovery requests is granted;

2. Defendant Arsenault shall have until April 20, 2018 to serve responses on Plaintiff;

3. Plaintiff shall now have until May 4, 2018 to identify Doe Defendants and to submit the completed Notice of Submission of Documents to the Court with one completed summons for each Defendant, one completed USM-285 form for each Defendant, and four copies of the endorsed Fourth Amended Complaint;

4. The deadlines established in the Court's modified discovery and scheduling order (ECF No. 40) are vacated; and

5. The Court will issue a new discovery and scheduling order once the Doe Defendants have either been identified and served, or dismissed from this action.

IT IS SO ORDERED.

Dated: March 27, 2018         /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE

3